UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-00075 |
| v. ) | |
| ) | CHIEF JUDGE HAYNES |
| JOSE SOLIS ACOSTA ) | |
| a/k/a ADRIAN GONZALEZ ORTEGA ) | |
| a/k/a ALEJANDRO ) | |
| JOSE EDUARDO RAMIREZ-RICO ) | |
| a/k/a JUAN ALVAREZ GARCIA, and ) | |
| ALBERTO RUIZ a/k/a GORDO ) | |

**MOTION TO SET TRIAL DATE**

[handwritten annotation: "The motion is GRANTED. Trial is set for August 6, 2013."]

Comes the United States, by and through Assistant United States Attorney, Harold B. McDonough, and would show as follows:

[handwritten signature, 4-26-13]

On April 18, 2013, counsel for defendant, Jose Solis Acosta, filed a pleading (DE 44) certifying his readiness for trial. On April 25, 2013, counsel for defendant Rameriz-Rico filled a Motion to Sever Co-Defendants (DE 45), since co-defendant Alberto Ruiz has not yet been arrested.

Pursuant to the Court's instruction on March 22, 2013, undersigned counsel for the United States has conferred with defendants' attorneys and determined that August 6, 2013, is an agreeable date for trial.

The United States therefore moves the Court to set the matter for trial on August 6, 2013. If defendant Ruiz has not been arrested by that date, the United States will move to sever him in