UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00075-2 |
| | ) | Chief Judge Haynes |
| JOSE EDUARDO RAMIREZ-RICO | ) | |
| aka JUAN ALVAREZ GARCIA | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant and hereby moves the Court to continue the sentencing hearing in this case which is currently set for April 11, 2014. In support of this motion defendant would state and show that counsel has not been able to complete the sentencing memorandum on behalf of Mr. Ramirez and otherwise prepare for the sentencing hearing. Counsel has spoken with Assistant United States Attorney Harold B. McDonough, Jr. who advises that he has no objection to the requested continuance.

Because counsel will be in trial before Judge Trauger for around two weeks starting April 22, 2014, Defendant moves the Court to grant a continuance of the sentencing hearing in this matter of sixty (60) days.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047